FILED
12/4/18 10:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Michael D. Anderson

    *Debtor*

: N.
:
: Case No. 18-11180TPA
:
: Chapter 13
: Rel to Doc No. 12

## ORDER

*AND NOW,* this **4th** day of ***December, 2018***, the case inadvertently having been dismissed on November 30, 2018, it is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that the Order dated November 30, 2018 dismissing the case is hereby ***VACATED*** and the bankruptcy case is reinstated. The debtor is granted until ***December 11, 2018*** to file the completed Chapter 13 petition in this case.

_____
Thomas P. Agresti    ljm
Judge, U.S. Bankruptcy Court

cm:   All parties

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                            Case No. 18-11180-TPA
Michael D. Anderson                                               Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-1          User: culy              Page 1 of 1          Date Rcvd: Dec 04, 2018
                              Form ID: pdf900         Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2018.
db             +Michael D. Anderson,    1917 Camphausen Avenue,    Erie, PA 16510-1064
14948497       +Collection Service Center, Inc.,    Attn: Bankruptcy,    Po Box 560,
                 New Kensington, PA 15068-0560
14948498       +KML Law Group PC,    Suite 5000 - BNY Independence Center,    701 Market St.,
                 Philadelphia, PA 19106-1538
14948502        Target,   Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
14948501       +Target,   Po Box 673,    Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14948495       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 05 2018 03:01:03
                 Bayview Loan Servicing LLC,    4425 Ponce de Leon Blvd., 5th Fl.,    Miami, FL 33146-1837
14948496       +E-mail/Text: bankruptcy@firstenergycorp.com Dec 05 2018 03:00:52
                 Collection Service Center, Inc.,    839 5th Ave,    New Kensington, PA 15068-6303
14948500       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 05 2018 03:05:18
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
14948499       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 05 2018 03:05:18
                 LVNV Funding/Resurgent Capital,    Po Box 1269,    Greenville, SC 29602-1269
                                                                                               TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bayview Loan Servicing, LLC, a Delaware Limited Li
                                                                                    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Debtor Michael D. Anderson julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 4
```