FILED
12/13/18 9:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Case No. 18-11180 TPA |
| | Chapter 13 |
| MICHAEL D. ANDERSON, | Docket No. 18 |
| *Debtor* | |
| | |
| MICHAEL D. ANDERSON, | |
| *Movant* | |
| | |
| vs. | |
| | |
| *No Respondents* | |

## ORDER OF COURT

AND NOW, to wit, this <u>13th</u> day of <u>December</u>, 2018, it is hereby ORDERED, ADJUDGED, and DECREED, that the Debtor, Michael Anderson, is hereby granted an extension until December 19, 2018 to file the completed Chapter 13 petition in this case.   No further extensions will be granted.

_____
Honorable Thomas P. Agresti    **jm**
United States Bankruptcy Court

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                          Case No. 18-11180-TPA
Michael D. Anderson                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: llea              Page 1 of 1           Date Rcvd: Dec 13, 2018
                              Form ID: pdf900         Total Noticed: 9

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2018.
db             +Michael D. Anderson,    1917 Camphausen Avenue,    Erie, PA 16510-1064
14948497       +Collection Service Center, Inc.,    Attn: Bankruptcy,    Po Box 560,
                 New Kensington, PA 15068-0560
14948498       +KML Law Group PC,    Suite 5000 - BNY Independence Center,    701 Market St.,
                 Philadelphia, PA 19106-1538
14948502        Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
14948501       +Target,    Po Box 673,    Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14948495       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 14 2018 02:32:13
                 Bayview Loan Servicing LLC,    4425 Ponce de Leon Blvd., 5th Fl.,    Miami, FL 33146-1837
14948496       +E-mail/Text: bankruptcy@firstenergycorp.com Dec 14 2018 02:31:57
                 Collection Service Center, Inc.,    839 5th Ave,    New Kensington, PA 15068-6303
14948500       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 14 2018 02:40:11
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
14948499       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 14 2018 02:40:13
                 LVNV Funding/Resurgent Capital,    Po Box 1269,    Greenville, SC 29602-1269
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                   Signature:  /s/Joseph Speetjens 

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Debtor Michael D. Anderson julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 4
```