IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Michael D. Anderson, | ) | Case No. 18-11180 TPA |
|     Debtor | ) | Chapter 13 |
| | ) | |
| Michael D. Anderson | ) | Document No. 60 |
|     Movant | ) | |
| SSN: XXX-XX-2929 | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Sarah A. Reed Children's Center | ) | |
|     Respondent | ) | |

**CERTIFICATE OF SERVICE OF AMENDED WAGE ATTACHMENT ORDER AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) December 9, 2020.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First Class Mail .

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Sarah A. Reed Children's Center        Michael D. Anderson
Attn: Payroll Dept.                      917 Camphausen Avenue
2445 W. 34th Street                     Erie, PA 16510
Erie, Pa 16506

Service by NEF:

Ronda J. Winnecour, Esquire
Via: CCF/CM cmef@chapter13truteewdpa.com

                                                  By:    /s/ Kenneth M. Steinberg
                                                        Kenneth M. Steinberg, Esquire
                                                         Attorney for the Debtor
                                                         STEIDL & STEINBERG
                                                         Suite 2830, Gulf Tower
                                                         707 Grant Street
                                                          Pittsburgh, PA 15219
                                                         (412) 391-8000
                                                         Kenny.steinberg@steidl-steinberg.com
                                                         PA I.D. No. 31244