**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/30/2021

IN RE:

MICHAEL D. ANDERSON
1917 CAMPHAUSEN AVENUE
ERIE, PA 16510
XXX-XX-2929       Debtor(s)

Case No. 18-11180 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/30/2021

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BAYVIEW LN/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **COMMUNITY LOAN SERVICING LLC**<br>ATTN CASHIERING DEPT<br>4425 PONCE DE LEON BLVD 5TH FL<br>CORAL GABLES, FL 33146 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*BGN 12/18*DKT4PMT-LMT*FR BAYVIEW-DOC 53 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 2952 |
| **ERIE COUNTY TAX CLAIM BUREAU***<br>ERIE COUNTY COURTHOUSE<br>140 W 6TH ST RM 110<br>ERIE, PA 16501 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: R/E TAX~2009-18~ERIE CITY SD/SCH*NT ADR/SCH*248.71@9%/PL*DKT*PIF/DTR A | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0159 |
| **CELCO++**<br>1140 TEREX RD<br>HUDSON, OH 44236 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CLOSE OFF/OWK*2018 SALES TAX~OHIO DEPT TAXATION/SCH*NT ADR/SCH*NT P | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1136 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 12,049.01<br>COMMENT: 2003-09/SCH*%/CONF*$@3%/PL*STAT ISSUE | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 4011 |
| **AMERICAN GENERAL LIFE**<br>POB 4373<br>HOUSTON, TX 77210-4373 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2764 |
| **AMERICAN MEDICAL COLLECTION AGENCY++**<br>4 WESTCHESTER PLAZA<br>STE 110<br>ELMSFORD, NY 10523 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 5321;5381/SCH@ASSOCIATED CLINICAL LABORATORIES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5321 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA 15068 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PATHOLOGY ASSOC OF ERIE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: CSEH |
| **GREAT LAKES HOME CARE**<br>1700 PEACH ST<br>ERIE, PA 16501 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5387 |
| **HUNTINGTON MERCHANT SERVICES**<br>PO BOX 17548<br>DENVER, CO 80217-7548 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH*BIZ EXPENSES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9996 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 1 | CLAIM: 970.52<br>COMMENT: CREDIT ONE BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0269 |
| **MEDICAL ASSISTANCE FOR WORKERS**<br>POB 8052<br>HARRISBURG, PA 17105-8052 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3616 |
| **NAPA AT HAMOT MEDICAL CENTER**<br>C/O C TECH COLLECTIONS INC<br>PO BOX 402<br>MT SINAI, NY 11766 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4563 |
| **NATIONAL FUEL**<br>POB 4102<br>BUFFALO, NY 14264 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7411 |
| **COMMERCIAL ACCEPTANCE**<br>2300 GETTYSBURG RD<br>CAMP HILL, PA 17011 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NW PHYSICIAN ASSOC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: V4TN |
| **TD BANK USA NA\*\***<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 5 | CLAIM: 428.56<br>COMMENT: 1420~TARGET | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2090 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 3 | CLAIM: 1,339.00<br>COMMENT: 8125/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2929 |
| **PENELEC/FIRST ENERGY\*\***<br>101 CRAWFORDS CORNER RD BLDG #1 STE 1-5<br>PO BOX 367<br>HOLMDEL, NJ 07733 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 2 | CLAIM: 1,130.11<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0347 |
| **COMMUNITY LOAN SERVICING LLC**<br>ATTN CASHIERING DEPT<br>4425 PONCE DE LEON BLVD 5TH FL<br>CORAL GABLES, FL 33146 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 4 | CLAIM: 8,590.53<br>COMMENT: $CL-PL*THRU 11/18*FR BAYVIEW-DOC 53 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 2952 |