IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 18-11180 TPA |
| Michael D. Anderson | ) | |
|     Debtor | ) | Chapter 13 |
| | ) | Docket No |
| Michael D. Anderson | ) | |
|     Movant | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| Sarah A. Reed Children's Center, Ronda J. Winnecur | ) ) | |
|     Respondents | ) | |

## CONSENT ORDER TO TERMINATE WAGE ATTACHMENT AND ALLOW DEBTOR TO MAKE PLAN PAYMENTS THROUGH THE TFS PROGRAM

AND NOW, to wit, this _____ day of _____, 2021, it is hereby ORDERED, ADJUDGED, and DECREED that:

1) The debtor's employer, Sarah A. Reed Children's Center has not been remitting the debtor's plan payments on a regular basis which caused the debtor to receive a Trustee's Certificate of Default.
2) The debtor remitted the back payments though the TFS program to bring the plan payments current.
3) The Debtor is requesting that his wage attachment be terminated and he be allowed to make the plan payments through the TFS program. The Trustee consents to the termination of the wage attachment and debtor's ability to make ongoing payments through the TFS program.
4) The debtor will be setting up the TFS program for the plan payments and will begin making the payment through this program once the wage attachment has been terminated.

FURTHER ORDERED:

Prepared by: Kenneth M. Steinberg

October 21, 2021 /s/ Kenneth M. Steinbrg
DATE Kenneth M. Steinberg, Esquire
Attorney for the Debtors
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No. 31244
kenny.steinberg@steidl-steinberg.com

October 21, 2021 /s/ Katherine M. DeSimone
DATE Katherine M. DeSimone, Esquire
Attorney for Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
412-471-5566

UNITED STATES BANKRUPTCY JUDGE