FILED
10/22/21 2:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 18-11180 TPA |
| Michael D. Anderson | |
|     Debtor | Chapter 13 |
| | Docket No 75 |
| Michael D. Anderson | |
|     Movant | |
| vs. | |
| Sarah A. Reed Children's Center, Ronda J. Winnecur | |
|     Respondents | |

## CONSENT ORDER TO TERMINATE WAGE ATTACHMENT AND ALLOW DEBTOR TO MAKE PLAN PAYMENTS THROUGH THE TFS PROGRAM

AND NOW, to wit, this <u>  22nd  </u> day of <u>  October  </u>, 2021, it is hereby ORDERED, ADJUDGED, and DECREED that:

1) The debtor's employer, Sarah A. Reed Children's Center has not been remitting the debtor's plan payments on a regular basis which caused the debtor to receive a Trustee's Certificate of Default.
2) The debtor remitted the back payments though the TFS program to bring the plan payments current.
3) The Debtor is requesting that his wage attachment be terminated and he be allowed to make the plan payments through the TFS program. The Trustee consents to the termination of the wage attachment and debtor's ability to make ongoing payments through the TFS program.
4) The debtor will be setting up the TFS program for the plan payments and will begin making the payment through this program once the wage attachment has been terminated.

FURTHER ORDERED:

Prepared by: Kenneth M. Steinberg

| | |
|---|---|
| October 21, 2021 <br> DATE | /s/ Kenneth M. Steinbrg <br> Kenneth M. Steinberg, Esquire <br> Attorney for the Debtors <br> STEIDL & STEINBERG <br> Suite 2830 – Gulf Tower <br> 707 Grant Street <br> Pittsburgh, PA  15219 <br> (412) 391-8000 <br> PA I. D. No. 31244 <br> kenny.steinberg@steidl-steinberg.com |

| | |
|---|---|
| October 21, 2021 <br> DATE | /s/ Katherine M. DeSimone <br> Katherine M. DeSimone, Esquire <br> Attorney for Chapter 13 Trustee <br> Suite 3250, USX Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 <br> 412-471-5566 |

_____
nms
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 18-11180-TPA
Michael D. Anderson Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1 User: dpas Page 1 of 2
Date Rcvd: Oct 22, 2021 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael D. Anderson, 1917 Camphausen Avenue, Erie, PA 16510-1064 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Kenneth M. Steinberg | on behalf of Debtor Michael D. Anderson julie.steidl@steidl-steinberg.com kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor Community Loan Servicing LLC f/k/a Bayview Loan Servicing, LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1     User: dpas     Page 2 of 2
Date Rcvd: Oct 22, 2021     Form ID: pdf900     Total Noticed: 1
TOTAL: 5