FILED
11/30/21 12:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
MICHAEL D. ANDERSON          )
                             )
                             )    Case No.:18-11180-TPA
                             )
       Debtor(s)             )    Chapter 13
                             )
                             )
Ronda J. Winnecour, Chapter 13 Trustee,  )
         Movant,             )    Related Document No.:64
    Vs.                      )
                             )
MICHAEL D. ANDERSON          )
                             )
       Respondent(s)         )

TRUSTEE'S WITHDRAWAL OF CERTIFICATE OF DEFAULT
REQUESTING DISMISSAL OF CASE

The Certificate of Default that was filed in the above-referenced case on September 14, 2021 (document no. 64) is hereby WITHDRAWN.

Respectfully submitted,

11-29-2021                    /s/ Ronda J. Winnecour
Date                          Ronda J. Winnecour (PA I.D. #30399)
                              Attorney and Chapter 13 Trustee
                              U.S. Steel Tower – Suite 3250
                              600 Grant Street
                              Pittsburgh, PA  15219
                              (412) 471-5566
                              cmecf@chapter13trusteewdpa.com

SO ORDERED
November 30, 2021

nms

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11180-TPA |
| Michael D. Anderson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: dpas | Page 1 of 2 |
| Date Rcvd: Nov 30, 2021 | Form ID: pdf900 | Total Noticed: 15 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael D. Anderson, 1917 Camphausen Avenue, Erie, PA 16510-1064 |
| 14948497 | + | Collection Service Center, Inc., Attn: Bankruptcy, Po Box 560, New Kensington, PA 15068-0560 |
| 14948498 | + | KML Law Group PC, Suite 5000 - BNY Independence Center, 701 Market St., Philadelphia, PA 19106-1541 |
| 14979629 | + | Penelec, c/o FirstEnergy, 101 Crawford's Corner Rd., Bldg. #1, Ste. 1-511, Holmdel, NJ 07733-1976 |
| 14948502 | | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14948501 | + | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14980298 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14948495 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Nov 30 2021 23:38:00 | Bayview Loan Servicing LLC, 4425 Ponce de Leon Blvd., 5th Fl., Miami, FL 33146-1873 |
| 14982347 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Nov 30 2021 23:38:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |
| 14948496 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 30 2021 23:38:00 | Collection Service Center, Inc., 839 5th Ave, New Kensington, PA 15068-6303 |
| 15302631 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Nov 30 2021 23:38:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 14977188 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 30 2021 23:45:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14948499 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 30 2021 23:45:45 | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 14948500 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 30 2021 23:45:45 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14982467 | + | Email/Text: bncmail@w-legal.com | Nov 30 2021 23:38:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | Community Loan Servicing, LLC |
| cr | | Community Loan Servicing, LLC f/k/a Bayview Loan S |

| District/off: 0315-1 | User: dpas | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 30, 2021 | Form ID: pdf900 | Total Noticed: 15 |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 02, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Kenneth M. Steinberg | on behalf of Debtor Michael D. Anderson julie.steidl@steidl-steinberg.com kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5