**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**ERIE DIVISION**

IN RE:                                                                                                               CASE NO.: 18-11180-TPA
                                                                                                                                        CHAPTER 13

Michael D. Anderson,
   Debtor.

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

     **PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of Nationstar Mortgage LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Charles Wohlrab, ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

                                           Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                           Attorney for Secured Creditor
                                           130 Clinton Rd #202
                                           Fairfield, NJ 07004
                                           Telephone: 470-321-7112

                                           By: _\S\Charles Wohlrab_
                                               Charles Wohlrab, Esquire
                                               Pennsylvania Bar No. 314532
                                               Email: CWohlrab@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 1, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

MICHAEL D. ANDERSON
1917 CAMPHAUSEN AVENUE
ERIE, PA 16510

And via electronic mail to:

CHRISTOPHER M. FRYE
STEIDL & STEINBERG, SUITE 2830 GULF TOWER, 707 GRANT STREET
PITTSBURGH, PA 15219

RONDA J. WINNECOUR
SUITE 3250, USX TOWER 600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER. 1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

By: /s/ Brianna Carr