**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MICHAEL D. ANDERSON<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:18-11180<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/13/2018 and confirmed on 02/27/2019 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 28,068.82 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 28,068.82 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,900.00 | |
| Trustee Fee | 1,137.08 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,037.08 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 13,747.31 | 0.00 | 13,747.31 |
| Acct: 7238 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 8,590.53 | 8,590.53 | 0.00 | 8,590.53 |
| Acct: 7238 | | | | |
| ERIE COUNTY TAX CLAIM BUREAU* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0159 | | | | |
| | | | | 22,337.84 |
| **Priority** | | | | |
| CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL D. ANDERSON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL D. ANDERSON | 5.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 3,900.00 | 3,900.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 18-11180 | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | STEIDL & STEINBERG | 1,000.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CELCO++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1136 | | | | |
| | INTERNAL REVENUE SERVICE* | 12,049.01 | 688.90 | 0.00 | 688.90 |
| | Acct: 4011 | | | | |
| | RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
| | Acct: XXXXXXXXXXXXXXXXX1180 | | | | |
| | | | | | 693.90 |
| Unsecured | | | | | |
| | AMERICAN GENERAL LIFE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2764 | | | | |
| | AMERICAN MEDICAL COLLECTION AGENC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5321 | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: CSEH | | | | |
| | GREAT LAKES HOME CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5387 | | | | |
| | HUNTINGTON MERCHANT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9996 | | | | |
| | LVNV FUNDING LLC | 970.52 | 0.00 | 0.00 | 0.00 |
| | Acct: 0269 | | | | |
| | MEDICAL ASSISTANCE FOR WORKERS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3616 | | | | |
| | NAPA AT HAMOT MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4563 | | | | |
| | NATIONAL FUEL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7411 | | | | |
| | COMMERCIAL ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: V4TN | | | | |
| | TD BANK USA NA** | 428.56 | 0.00 | 0.00 | 0.00 |
| | Acct: 2090 | | | | |
| | UPMC PHYSICIAN SERVICES | 1,339.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2929 | | | | |
| | PENELEC/FIRST ENERGY** | 1,130.11 | 0.00 | 0.00 | 0.00 |
| | Acct: 0347 | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ROBERTSON ANSCHUTZ SCHNEID CRAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***N O N E***

TOTAL PAID TO CREDITORS                                                                23,031.74

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 12,054.01 |
| SECURED | 8,590.53 |
| UNSECURED | 3.868.19 |

Date: 12/06/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com